**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

       Earl F McClendon

           Debtor(s)

Case No. 13 B 01109

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 01/11/2013.

2)  The plan was confirmed on 03/14/2013.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 10/10/2013.

5)  The case was Dismissed on 12/19/2013.

6)  Number of months from filing to last payment: 8.

7)  Number of months case was pending: 12.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,286.26 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,286.26** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,969.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $94.95 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,064.68** |

Attorney fees paid and disclosed by debtor:    $80.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aaron M Weinberg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service, Inc | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Advanced Medical Imaging of Joliet | Unsecured | 178.82 | NA | NA | 0.00 | 0.00 |
| Adventist Bolingbrook | Unsecured | 1,295.00 | NA | NA | 0.00 | 0.00 |
| Alice and Louis Johnson | Unsecured | 4,256.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 388.00 | 328.49 | 328.49 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 372.59 | 372.59 | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| Ars Account Resolution (Original Credito | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 187.74 | NA | NA | 0.00 | 0.00 |
| Berks Credit & Coll (Original Creditor:M | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Bureau of Collection Recovery | Unsecured | 1,101.00 | NA | NA | 0.00 | 0.00 |
| Caine and Weiner | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| CBA | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Check Verification Recovery | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Chela/Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CNAC/Il115 | Unsecured | 6,652.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,000.00 | 378.80 | 378.80 | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 7,228.45 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B (Original Credito | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Cris Auto Sales | Secured | 654.00 | 0.00 | 654.00 | 211.67 | 9.91 |
| Edward Hospital | Unsecured | 1,182.00 | NA | NA | 0.00 | 0.00 |
| Eos / Cca (Original Creditor:At T) | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| First Bank of Delaware | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| H&F Law | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Unsecured | 23,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 1,720.00 | 2,595.40 | 2,595.40 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 9,000.00 | 5,585.00 | 5,585.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | 0.00 | 2,150.00 | 2,150.00 | 0.00 | 0.00 |
| JD Brown & Co. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Joliet Furn | Unsecured | 2,091.00 | NA | NA | 0.00 | 0.00 |
| Lockport Dental Group | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Mgmt In (Original Credito | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Medical Groups | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Naperville Radiologists S.C. | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| National Asset Mgmt Ll (Original Credito | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| National Asset Mgmt Ll (Original Credito | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| NCO Financail | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 517.00 | 921.14 | 921.14 | 0.00 | 0.00 |
| Oac | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Open Advancced MRI | Unsecured | 75.34 | NA | NA | 0.00 | 0.00 |
| Parkview Orthopedic Group | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 347.00 | 347.92 | 347.92 | 0.00 | 0.00 |
| Provena Orthopedic Group | Unsecured | 60.26 | NA | NA | 0.00 | 0.00 |
| Provena St Joseph Medical Center | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| S M De Rath | Unsecured | 3,330.00 | NA | NA | 0.00 | 0.00 |
| Security Finance | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 457.00 | 502.89 | 502.89 | 0.00 | 0.00 |
| Suburban Radiologists S.C. | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| Theresa McClendon | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst (Original Creditor:01 Colum | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec (Original Credito | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 14,667.03 | 14,667.03 | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $654.00 | $211.67 | $9.91 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$654.00** | **$211.67** | **$9.91** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,585.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$5,585.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$22,264.26** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,064.68 |
| Disbursements to Creditors | $221.58 |
| **TOTAL DISBURSEMENTS** : | **$2,286.26** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/22/2014                         By: /s/ Marilyn O. Marshall
                                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**